**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
                       (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   The Radiology Group, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   3475 Piedmont Rd NE
   Number    Street

   Suite 1150

   Atlanta                          GA    30305
   City                             State  ZIP Code

   Fulton
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____   _____  _____
   City                      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   _____   _____  _____
   City                      State  ZIP Code

Debtor  **The Radiology Group, LLC**_____    Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.theradiologygroup.org |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding LLP) |
| | | ❑ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❑ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ❑ None of the types of business listed. |
| | | ❑ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ❑ Yes. Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                                 MM / DD / YYYY |
| | | Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                                 MM / DD / YYYY |

### Part 3:  Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

| Debtor | The Radiology Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| see attached list of 6 creditors | unsecured debt | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ 798,332.03 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Dr. Stewart Dixon Gilbert, Jr.
Name

1378 Rock Springs Circle NE
Number    Street

Atlanta                   GA           30306
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
              MM / DD / YYYY

X /s/ Stewart Dixon Gilbert, Jr., MD
Signature of petitioner or representative, including representative's title

### Attorneys

Jason L. Pettie
Printed name

Taylor English Duma, LLP
Firm name, if any

1600 Parkwood Circle, Suite 200
Number    Street

Atlanta                   GA           30339
City                      State        ZIP Code

Contact phone  770-434-6868   Email jpettie@taylorenglish.com

Bar number     574783

State          Georgia

X /s/ Jason L. Pettie
Signature of attorney    Attorneys for all Petitioners

Date signed   09/28/2023
              MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____
　　　　　Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

Dr. Justin Pham
Name

10 Torrey Pines Lane
Number　Street

Newport Beach　　　CA　　　　92660
City　　　　　　　　　State　　　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　Street

_____
City　　　　State　　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
　　　　　　　MM / DD / YYYY

✗ /s/ Justin Pham, MD
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number　Street

_____
City　　　　　State　　　ZIP Code

Contact phone _____　Email _____

Bar number　_____

State　　　　_____

✗ _____
Signature of attorney

Date signed　_____
　　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

Dr. Patricia Silva
Name

1159 Hipoint Street
Number　Street

Los Angeles　　　CA　　　　90035
City　　　　　　　State　　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　Street

_____
City　　　　State　　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
　　　　　　　MM / DD / YYYY

✗ /s/ Patricia Silva, MD
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number　Street

_____
City　　　　　State　　　ZIP Code

Contact phone _____　Email _____

Bar number　_____

State　　　　_____

✗ _____
Signature of attorney

Date signed　_____
　　　　　　　MM / DD / YYYY

Debtor _____  Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

Dr. Russell Weinstein
Name

8 Soundside Lane
Number   Street

Glen Cove     NY     11542
City          State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
         MM / DD / YYYY

✗ /s/ Russell Weinstein, MD
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City     State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

Dr. Qazi F. Uddin
Name

1407 Balderston Court
Number   Street

Leesburg     VA     20176
City         State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
         MM / DD / YYYY

✗ /s/ Qazi F. Uddin, MD
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City     State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

Debtor _____  Case number (*if known*)_____
       Name

**Name and mailing address of petitioner**

Dr. Abbas Chamsuddin
Name

3322 SE River Vista Drive
Number    Street

Port St. Lucie          FL          34952
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/28/2023
             MM / DD / YYYY

✗ /s/ Abbas Chamsuddin, MD
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City            State        ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City            State        ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 6

Debtor:  The Radiology Group, LLC

Question 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Dr. Stewart Dixon Gilbert, Jr. | Unsecured debt for professional services | $185,822.53 |
| Dr. Abbas Chamsuddin | Unsecured debt for professional services | $235,633.14 |
| Dr. Qazi F. Uddin | Unsecured debt for professional services | $48,204.36 |
| Dr. Justin Pham | Unsecured debt for professional services | $75,756.00 |
| Dr. Patricia Silva | Unsecured debt for professional services | $80,500.00 |
| Dr. Russell Weinstein | Unsecured debt for professional services | $172,416.00 |

Total of petitioner's claims                                          $ 798,332.03