UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-59500-jwc |
| THE RADIOLOGY GROUP, LLC, | ) | |
| | ) | |
| Involuntary Debtor | ) | CHAPTER 7 |
| | ) | |

**ANSWER AND DEFENSES TO INVOLUNTARY PETITION**

COMES NOW The Radiology Group, LLC ("TRG"), involuntary debtor herein, and submits this Answer and Defenses to the involuntary Chapter 7 petition filed by Dr. Stewart Dixon Gilbert, Jr. ("Gilbert"), Dr. Justin Pham ("Pham"), Dr. Patricia Silva ("Silva"), Dr. Qazi Uddin ("Uddin"), Dr. Abbas Chamsuddin ("Chamsuddin"), and Dr. Russell Weinstein ("Weinstein") (collectively, "Petitioning Creditor"), showing as follows:

**First Defense**

The involuntary petition should be dismissed, as TRG has more than twelve creditors and the claims of the Petitioning Creditors are subject to bona fide dispute as to liability or amount. Accordingly, the petition is defective. In particular:

(i) TRG owes no indebtedness to Chamsuddin. The alleged claims asserted by Chamsuddin are subject to contested litigation in the Superior Court of Fulton County, Case No. 2023CV380086;

(ii) TRG owes no indebtedness to Pham. Pham filed an action against TRG in California to which TRG answered and counterclaimed. The last communication from Pham's counsel was that the parties would agree to "walk away" from the action, with no consideration paid and each party responsible for their own fees;

(iii) TRG owes no indebtedness to Weinstein, who was overpaid and actually owes TRG in excess of $16,000;

(iv) TRG owes no indebtedness to Uddin, who ceased performing services in February of 2023 and has been completely unresponsive to TRG inquiries;

(v) Silva resigned in August of 2023 and was paid through such period. Silva asserts some claim for 2021 productivity bonuses, but TRG disputes the amount; and

(vi) TRG disputes the amounts asserted by Gilbert.

**Second Defense**

The involuntary should be dismissed because TRG is generally paying its debts as they come due. TRG employs fifty-five (55) employees and 1099 contractors, generates revenues between $10 million and $12 million per year, and pays its suppliers and its SBA debt timely. All employees, 1098 contractors, suppliers, creditors, and patents would be harmed by a Chapter 7 filing.

**Claim against Petitioning Creditors**

TRG is entitled to costs and attorneys' fees against all Petitioning Creditors, and entitled to actual damages and punitive damages against any Petitioning Creditor that filed the petition in bad faith.

WHEREFORE The Radiology Group, LLC, prays that this Court dismiss the involuntary petition and grant such relief as is appropriate, including all costs, reasonable attorneys' fees, and damages as appropriate pursuant to 11 U.S.C.§ 303(i).

Dated: October 23, 2023

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Attorneys for The Radiology Group, LLC*

By: /s/ *G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@LCENlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

**Certificate of Service**

This is to certify that I have on October 23, 2023, I electronically filed the foregoing *Answer and Defenses to Involuntary Petition* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: October 23, 2023

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, GA 30328
(404) 262-7373
(404) 262-9911 (Facsimile)